UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CSX TRANSPORTATION, INC.

    Plaintiff,

v.                                  Case No.: 3:05-CV-01271-TJC-MCR

PROFESSIONAL TRANSPORTATION,     DISPOSITIVE MOTION
INC.

    Defendant.

_____/

## MOTION TO DISMISS COUNTERCLAIM

Plaintiff, CSX Transportation, Inc. ("CSXT"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves the Court to dismiss, with prejudice, the Counterclaim filed by Defendant, Professional Transportation, Inc. ("PTI") on the basis that PTI's Counterclaim fails to state any claim upon which relief may be granted.

In support of its motion, CSXT submits the attached Memorandum in Support of Motion to Dismiss Counterclaim. As discussed therein, CSXT states that PTI's Counterclaim fails to state a claim upon which relief may be granted because Section 10(D) of the System Agreement upon which the Counterclaim is based does not entitle PTI to money damages, is an unenforceable agreement to agree, and, under settled Florida law, there is no remedy for the breach of a promise to negotiate a contract. See State of Florida Department of Corrections v. C&W Food Service, Inc., 765 So. 2d. 728 (Fla. 1st DCA 2000).

WHEREFORE, Plaintiff CSXT respectfully requests that Defendant PTI's Counterclaim be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/Michael A. Abel
Michael A. Abel
Florida Bar No. 0075078
Albert C. Chin
Florida Bar No. 0602701
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida  32202
(904) 353-2000
(904) 598-5539 (Facsimile)
Email:  michael.abel@hklaw.com
Email:  albert.chin@hklaw.com

Attorneys for CSX Transportation, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Robert B. George, Esquire
> Rutledge R. Liles, Esquire
> LILES, GAVIN, COSTANTINO & GEORGE
> 225 Water Street, Suite 1500
> Jacksonville, Florida 32202
> Email: rgeorge@lgcglaw.com
> Email: rliles@lgcglaw.com

    I further certify that I e-mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

> Paul J. Wallace, Esquire
> BOWERS HARRISON, LLP
> 25 N. W. Riverside Drive, 2nd Floor
> Evansville, IN 47708
> Email: pjw@bowersharrison.com

> s/ Michael A. Abel
> Attorney

# 3744346_v1