**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CSX TRANSPORTATION, INC.,

        Plaintiff,

vs.                                          Case No. 3:05-cv-1271-J-32MCR

PROFESSIONAL TRANSPORTATION, INC.,

        Defendant.

## ORDER

Upon review of the file, it appears that the arguments raised in plaintiff's Motion to Dismiss Counterclaim (Doc. 25) (which the Court was unfortunately unable to address in advance of the dispositive motion filing deadline) are subsumed within plaintiff's recently filed Motion for Summary Judgment (Doc. 36).[1] The Court will therefore terminate the motion to dismiss and the motion for summary judgment is now **SET** for oral argument on **October 20, 2006 at 2:00 p.m.** before the undersigned in Courtroom 10B, United States Courthouse, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.[2]

---

[1] Plaintiff's counsel shall promptly advise the Court if this assessment is erroneous.

[2] Photo identification must be presented upon entry into the Courthouse. Counsel may bring cell phones and laptop computers into the building upon presentation of a copy of this Order to Court Security Officers.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of September, 2006.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record