**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CSX TRANSPORTATION, INC.**

**CASE NO.   3:05-cv-1271-J-32MCR**

**v.**

**PROFESSIONAL TRANSPORTATION, INC.**

| Counsel for Plaintiff(s): | Counsel for Defendant(s): |
|---|---|
| Michael A. Abel | Rutledge R. Liles |
| Zachary Potter | Paul Wallace |
| Rita Giblin | |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Mollie Pashayan        Court Reporter: Shannon Bishop**

<u>CLERK'S MINUTES</u>

**PROCEEDINGS OF MOTION HEARING**

Court heard argument on Motion for Summary Judgment (Doc. #36).

Order to enter.

DATE: October 20, 2006                         TIMES: 2:00 p.m. - 3:25 p.m.