IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT

OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | Case No. 3:05-cv-1271-J-32MCR |
| Plaintiff, | Jacksonville, Florida |
| -vs- | Friday, October 20, 2006 |
| PROFESSIONAL TRANSPORTATION, | 2:30 p.m. |
| INC., | Courtroom 10 B |
| Defendant. | |

TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE TIMOTHY J. CORRIGAN

UNITED STATES DISTRICT JUDGE

Court Reporter:

    Deanne M. Moore, RMR, CRR
    221 N. Hogan Street, #184
    Jacksonville, Florida   32202
    Telephone:  (904) 301-6843   Fax: (904) 301-6847
    Internet:  moorertservices@yahoo.com

(Proceedings reported by microprocessor stenography;
transcript produced by computer.)

# NOT

# SCANNED

**REFER TO COURT FILE**